PD-1467-15

PD-1467&1468-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/12/2015 2:08:14 PM
Accepted 11/12/2015 2:57:12 PM
ABEL ACOSTA
CLERK

**Cause No.** _____

---

No. 13-13-00607-CR
Court of Appeals for the Thirteenth District of Texas
Corpus Christi-Edinburg

---

From the District Court of Llano County, 424th Judicial District No. CR-6577,
Honorable Dan Mills, Judge Presiding

---

## IN THE TEXAS COURT OF CRIMINAL APPEALS

## AUSTIN, TEXAS

*Cole Canyon Lockhart*

*v.*

*The State of Texas*

---

## APPELLANT'S FIRST MOTION FOR
## EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant, Cole Canyon Lockhart, respectfully presents this first motion to extend time to file his petition for discretionary review pursuant to TEX. R. APP. P. 10.5(b) and 68.2(c). In support of his motion, Appellant would show the Court as follows:

FILED IN
COURT OF CRIMINAL APPEALS

November 12, 2015

ABEL ACOSTA, CLERK

**I.**

1.      Movant's case was affirmed by the Texas Court of Appeals, Thirteenth District, at Corpus Christi-Edinburg, Cause No. 13-13-00607-CR, *Cole Canyon Lockhart, Appellant v. The State of Texas, Appellee*, on September 17, 2015.  Appellant's Motion for Rehearing and Motion for En Banc Reconsideration were denied on October 15, 2015.

2.      The deadline to file Movant's petition for discretionary review in this court is November 15, 2015.  This motion is filed on or before the last day to file the petition, or within 15 days after the last day to file the petition.

3.      This is the first request for extension of time to file a petition for discretionary review and no previous extensions have been granted.

4.      Movant seeks an additional 60 days in which to file a petition for discretionary review.

**II.**

Movant requests this extension of time to file a petition for discretionary review for the following reasons:

1. Undersigned counsel, a solo practitioner without staff, is appointed to represent Movant at trial and on direct appeal.

2. Undersigned counsel has appointed and retained cases that have required his immediate attention during the previous thirty days and prevented him from working on the petition for discretionary review.

3. Counsel believe that there are important issues that should be presented to the Court of Criminal Appeals through a petition for discretionary review to ensure that justice is done in this case.

4. Counsel believes that Movant will be prejudiced unless the Court grants this motion for a 60-day extension and that granting this extension will not prejudice the State of Texas.

5. The extension is not sought only for delay, but so that justice can be done.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that the Court grant this motion for extension of time in which to file his petition for discretionary review and that the Court grant such other and further relief to which Movant may show himself to be justly and equitably entitled.

Respectfully submitted,

/s/ Tracy D. Cluck

_____
TRACY D. CLUCK
Texas Bar No. 00787254

12600 Hill Country Blvd., Ste. R-275
Austin, Texas 78738
Telephone: (512) 329-2615
Telecopier: (512) 329-2604
tracy@tracyclucklawyer.com

ATTORNEY FOR APPELLANT
COLE CANYON LOCKHART

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record on November 12, 2015:

**VIA FACSIMILE: 325-247-5274**

Gary Bunyard

g.bunyard@co.llano.tx.us

Assistant District Attorney
33rd & 424th Judicial Districts

Attorney for Appellee
The State of Texas

/s/ Tracy D. Cluck

TRACY D. CLUCK